# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jeanfranco Rafael Vegas Zamora

                    Plaintiff,

v.                                         Case No.: 1:26–cv–07942
                                         Honorable Martha M. Pacold

Sam Olson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Petitioner's petition for a writ of habeas corpus [1] is denied for the reasons explained *Rodriguez v. Olson*. 814 F. Supp. 3d 945 (N.D. Ill. 2026). Petitioner has been detained by Immigration and Customs Enforcement. He challenges his mandatory detention under the Immigration and Nationality Act, arguing that he is statutorily entitled to a bond hearing and that detention without an individualized assessment of flight risk or dangerousness violates his rights under the Due Process Clause of the Fifth Amendment. For the reasons explained in *Rodriguez*, venue is proper in this court and the court has jurisdiction to review these claims. But petitioner is not entitled to a bond hearing under the INA and his mandatory detention does not violate the Due Process Clause. Enter final judgment. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.